IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **KEVIN NAUSS,** ) | |
|     Plaintiff, ) | Case No.: 4:20-CV-01854-MTS |
| ) | |
| vs. ) | |
| ) | |
| **CHARTER COMMUNICATIONS, LLC,** ) | |
|     **Defendant.** ) | |

## DISMISSAL OF CASE WITH PREJUDICE

Comes Now plaintiff Kevin Nauss and defendant Charter Communications, LLC by and through their respective attorneys, and this case is hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED:

_____
District Judge

/s/James P. Krupp

_____
James P. Krupp  #31892MO
Attorney for plaintiff Kevin Nauss


**THOMPSON COBURN LLP**

By: */s/ R. Nelson Williams*
    R. Nelson Williams – MO 63322
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6505
    FAX 314-552-7000
    rwilliams@thompsoncoburn.com